# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> *Defendant,* <br><br> and <br><br> CLEVELAND-CLIFFS INC., NUCOR CORPORATION, STEEL DYNAMICS, INC., SSAB ENTERPRISES, LLC, and UNITED STATES STEEL CORPORATION, <br><br> *Defendant-Intervenors.* | Court No. 22-00350 |

### DEFENDANT-INTERVENORS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of this Court, Defendant-Intervenors Cleveland-Cliffs Inc., Nucor Corporation, Steel Dynamics, Inc., SSAB Enterprises, LLC, and United States Steel Corporation (collectively, "Domestic Interested Parties") respectfully submit this motion to dismiss the action commenced by Plaintiff Ereğli Demir ve Çelik Fabrikalari T.A.Ş. ("Erdemir") to challenge the decision of the U.S. International Trade Commission ("Commission") not to institute a changed circumstances review of the antidumping duty order on hot-rolled steel flat products from Turkey.

Dismissal is warranted under the circumstances presented in this action. The complaint does not present a justiciable case or controversy as required by Article III of the Constitution

because any claim for relief relating to the Commission's decision not to institute a changed circumstances review was rendered moot when the Commission decided to conduct a full sunset review of the antidumping duty order on hot-rolled steel flat products from Turkey. The Court, therefore, lacks subject matter jurisdiction over this action. In the alternative, Erdemir's complaint fails to state a claim upon which relief can be granted because the Commission's authority to institute and conduct changed circumstances reviews is prospective in nature and does not authorize the Commission to grant the relief sought in this action – *i.e.*, a retroactive reexamination of negligibility in the original antidumping duty investigation of hot-rolled steel flat products from Turkey and reversal of the Commission's finding that dumped imports from Turkey were not negligible during the period of investigation.

  Undersigned counsel have conferred with counsel for the Commission, which has also moved to dismiss this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of this Court. *See* Def.'s Mot. to Dismiss and Supp. Mem., May 18, 2023, ECF No. 38. To avoid duplicative filings and repetitive arguments, Domestic Interested Parties hereby incorporate by reference and endorse the arguments raised by the Commission in the memorandum supporting its motion to dismiss. For the reasons stated therein, we respectfully request that the Court dismiss this action for lack of subject matter jurisdiction or, alternatively, failure to state a claim upon which relief can be granted.

*  *  *

Respectfully submitted,

/s/ Stephen P. Vaughn
Stephen P. Vaughn
Neal Reynolds
Barbara Medrado
**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW
Washington, DC 20006
(202) 737-0500
*Counsel to Cleveland-Cliffs Inc.*

/s/ Alan H. Price
Alan H. Price
Christopher B. Weld
Theodore P. Brackemyre
Nicole C. Hager
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
*Counsel to Nucor Corporation*

/s/ Roger B. Schagrin
Roger B. Schagrin
Jeffrey D. Gerrish
Saad Y. Chalchal*
**SCHAGRIN ASSOCIATES**
900 Seventh Street, NW, Suite 500
Washington, D.C. 20001
(202) 223-1700
*Counsel to Steel Dynamics, Inc. and SSAB Enterprises, LLC*

/s/ Thomas M. Beline
Thomas M. Beline
Sarah E. Shulman
**CASSIDY LEVY KENT (USA) LLP**
900 19th Street, NW, Suite 400
Washington, D.C. 20006
(202) 567-2316
*Counsel to United States Steel Corporation*

Dated: May 18, 2023

---

* Only admitted in New York and New Jersey. Practice limited to matters before federal courts and agencies.

## **CERTIFICATE OF COMPLIANCE**

  I hereby certify that the foregoing motion contains 440 words (including text, quotations, footnotes, headings, and attachments) and therefore complies with the word limitation set forth in this Court's Chamber's Procedures. In preparing this certificate of compliance, I have relied upon the word count function of the word processing system used to prepare the motion.

Dated: May 18, 2023

                       _____
                        Jeffrey D. Gerrish

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

|  |  |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES INTERNATIONAL TRADE ) | |
| COMMISSION, ) | |
| ) | Court No. 22-00350 |
| *Defendant,* ) | |
| ) | |
| *and* ) | |
| ) | |
| CLEVELAND-CLIFFS INC., NUCOR CORPORATION, ) | |
| STEEL DYNAMICS, INC., SSAB ENTERPRISES, LLC, ) | |
| and UNITED STATES STEEL CORPORATION, ) | |
| ) | |
| *Defendant-Intervenors.* ) | |

**ORDER**

Upon consideration of the motions to dismiss filed by the defendant and defendant-intervenors, all other pertinent papers filed and proceedings held in this action, and upon due deliberation, it is hereby

**ORDERED** that the motions are **GRANTED**; and it is further

**ORDERED** that the complaint filed in this action (ECF No. 4) is dismissed with prejudice.

**SO ORDERED**.

_____
Honorable Timothy M. Reif, Judge
U.S. Court of International Trade

Dated: _____, 2023
    New York, New York