UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

|  |  |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> *Defendant,* <br><br> and <br><br> CLEVELAND-CLIFFS INC., NUCOR CORPORATION, STEEL DYNAMICS, INC., SSAB ENTERPRISES, LLC, and UNITED STATES STEEL CORPORATION, <br><br> *Defendant-Intervenors.* | Court No. 22-00350 |

**DEFENDANT-INTERVENORS' REPLY IN
SUPPORT OF MOTIONS TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION AND FAILURE TO
STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of this Court, Defendant-Intervenors Cleveland-Cliffs Inc., Nucor Corporation, Steel Dynamics, Inc., SSAB Enterprises, LLC, and United States Steel Corporation (collectively, "Defendant-Intervenors") respectfully submit this reply to the opposition filed by Plaintiff Ereğli Demir ve Çelik Fabrikalari T.A.Ş. ("Erdemir") in response to the motions to dismiss this action that were filed by Defendant U.S. International Trade Commission ("Commission") and the Defendant-Intervenors on May 18, 2023. In the appeal, Erdemir is challenging the Commission's decision not to institute a changed circumstances review of the antidumping duty order on hot-rolled steel flat products from Turkey.

Contrary to the arguments made by Erdemir in its opposition, dismissal continues to be warranted under the circumstances presented in this action.  As discussed in the motions to dismiss, the complaint does not present a justiciable case or controversy as required by Article III of the Constitution because any claim for relief relating to the Commission's decision not to institute a changed circumstances review was rendered moot when the Commission decided to conduct a full sunset review of the antidumping duty order on hot-rolled steel flat products from Turkey.  The Court, therefore, lacks subject matter jurisdiction over this action.

In the alternative, Erdemir's complaint fails to state a claim upon which relief can be granted because the Commission's authority to institute and conduct changed circumstances reviews is prospective in nature and does not authorize the Commission to grant the relief sought in this action – *i.e.*, a retroactive reexamination of negligibility in the original antidumping duty investigation of hot-rolled steel flat products from Turkey and reversal of the Commission's finding that dumped imports from Turkey were not negligible during the period of investigation.

The undersigned have conferred with counsel for the Commission, which is also filing a reply to Erdemir's opposition to the Commission's and Defendant-Intervenors' motions to dismiss this action.  To avoid duplicative filings and repetitive arguments, the Defendant-Intervenors hereby incorporate by reference and endorse the arguments raised by the Commission in its reply.

For the reasons stated therein, we respectfully request that the Court dismiss this action for lack of subject matter jurisdiction or, alternatively, failure to state a claim upon which relief can be granted.

Respectfully submitted,

/s/ Stephen P. Vaughn
Stephen P. Vaughn
Neal J. Reynolds
**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW
Washington, DC 20006
(202) 737-0500
*Counsel to Cleveland-Cliffs Inc.*

/s/ Alan H. Price
Alan H. Price
Christopher B. Weld
Theodore P. Brackemyre
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
*Counsel to Nucor Corporation*

/s/ Roger B. Schagrin
Roger B. Schagrin
Jeffrey D. Gerrish
**SCHAGRIN ASSOCIATES**
900 Seventh Street, NW, Suite 500
Washington, D.C. 20001
(202) 223-1700
*Counsel to Steel Dynamics, Inc. and SSAB Enterprises, LLC*

/s/ Thomas M. Beline
Thomas M. Beline
Sarah E. Shulman
**CASSIDY LEVY KENT (USA) LLP**
900 19th Street, NW, Suite 400
Washington, D.C. 20006
(202) 567-2316
*Counsel to United States Steel Corporation*

Dated: August 31, 2023

**CERTIFICATE OF COMPLIANCE**

      I hereby certify that the foregoing reply contains 656 words (including text, quotations, footnotes, headings, and attachments) and therefore complies with the word limitation set forth in this Court's Chamber's Procedures. In preparing this certificate of compliance, I have relied upon the word count function of the word processing system used to prepare the motion.

Dated: August 31, 2023                          /s/ Neal J. Reynolds
                                                                 Neal J. Reynolds